FILE COPY



# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS

CHIEF JUSTICE
TERRIE LIVINGSTON

JUSTICES
LEE ANN DAUPHINOT
ANNE GARDNER
SUE WALKER
BILL MEIER
LEE GABRIEL
BONNIE SUDDERTH

TIM CURRY CRIMINAL JUSTICE CENTER
401 W. BELKNAP, SUITE 9000
FORT WORTH, TEXAS 76196-0211

TEL: (817) 884-1900

FAX: (817) 884-1932

www.txcourts.gov/2ndcoa

CLERK
DEBRA SPISAK

CHIEF STAFF ATTORNEY
LISA M. WEST

GENERAL COUNSEL
CLARISSA HODGES

April 1, 2015

Debra A. Windsor
Assistant District Attorney
401 W. Belknap St.
Fort Worth, TX 76102-1913
* DELIVERED VIA E-MAIL *

Kimberley S. Campbell
Factor & Campbell
5719 Airport Frwy
Fort Worth, TX 76117
* DELIVERED VIA E-MAIL *

RE:      Court of Appeals Number:   02-14-00187-CR
                                          02-14-00188-CR
     Trial Court Case Number:     1327054D
                                            1327055D

Style:     Kendell Najee Simington
              v.
              The State of Texas

Please take note that no oral argument was requested by either party in the above case and the case will be submitted **without oral argument** on **Wednesday, April 22, 2015**, before a panel consisting of Justice Walker, Justice Meier, and Justice Sudderth. This panel is subject to change by the court. *See* Tex. R. App. P. 39.8.

Respectfully yours,

DEBRA SPISAK, CLERK

*Debra Spisak*

By: Shoshanna Cordova, Deputy Clerk